UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| April Maner, et al, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:12 -cv-562-RLV |
| AmericaHomeKey, Inc., and Lane Terrell, | |
| Defendant. | |

### DEFAULT JUDGMENT

The defendant(s) AmericaHomeKey, Inc., and Lane Terrell, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Robert L Vining, Jr. , United States District Judge, by order of July16, 2013, having directed that judgment issue in favor of plaintiffs and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the Lindsay Bahl's recover $30,220.74, Patricia Cobertt recover $142,416.63, Sheryl Evola recover $88,420.88, Laurie Gillespie recover $24,030.11, Brandy Harrison recover $85,232.68, John Heinecke recover $68,613.70, Molly Hollis recover $202,776.80, Julanna Jenkins recover $20,264.21, Catherine Keeling recover $123,309,57, April Maner recover $27,040.44, Pat Morrow recover $78,134.16, Sandi Morrow recover $20,562.85, Schannin Perez recover $99,548.86, Kevin Sasser recover $19,686.71 plus the aforementioned Plaintiffs' attorneys' fees in the amount of $31,380.00 and cost in the amount of $3,139.58, from the defendant(s) AmericaHomeKey, Inc., and Lane Terrell,  It is Ordered and Adjudged that the claims of Dorthy Douglas, Suzanne Wiggins, Sandra Cornell, Nancy Dryden, Linda Mitchell, Bobbi Hargrove and Donna Barringham are dismissed without prejudice

Dated at Rome, Georgia this 16th day of July, 2013.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT

                                  By:    s/Debbie Burkhalter
                                                Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   July 17, 2013
James N. Hatten
Clerk of Court


By: s/Debbie Burkhalter
       Deputy Clerk